**ORGANIZED VILLAGE OF KAKE; The Boat Company; Alaska Wilderness Recreation and Tourism Association; Southeast Alaska Conservation Council; Natural Resources Defense Council; Tongass Conservation Society; Greenpeace, Inc.; Wrangell Resource Council; Center For Biological Diversity; Defenders Of Wildlife; Cascadia Wildlands; Sierra Club, Plaintiffs–Appellees,**

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE; United States Forest Service; Tom Vilsack, in his official capacity as Secretary of Agriculture; Harris Sherman, in his official capacity as Under Secretary of Agriculture of Natural Resources and Environment; Tom Tidwell, in his official capacity as Chief, USDA Forest Service, Defendants,**

**Alaska Forest Association, Inc., Intervenor–Defendant,**

**and**

**State of Alaska, Intervenor–Defendant–Appellant.**

**No. 11–35517.**

United States Court of Appeals, Ninth Circuit.

Aug. 29, 2014.

Nathaniel S.W. Lawrence, Senior, Natural Resources Defense Council, Olympia, WA, Thomas S. Waldo, Earthjustice, Juneau, AK, for Plaintiffs–Appellees.

Katherine Wade Hazard, DOJ–U.S. Department of Justice, Washington, DC, for Defendants.

Julie A. Weis, Esquire, Haglund Kelley Jones & Wilder, LLP, Portland, OR, for Intervenor–Defendant.

Thomas E. Lenhart, Assistant Attorney General, AGAK–Office of the Alaska Attorney General, Juneau, AK, for Intervenor–Defendant–Appellant.

### ORDER

THOMAS, Circuit Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed-

eral Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.

Judge BERZON did not participate in the deliberations or vote in this case.